# EXHIBIT K

Christopher A. Slater, OSB # 97398
cslater@slaterross.com
Michael J. Ross, OSB # 91410
mjross@slaterross.com
SLATER ROSS
Sovereign Hotel, 4th Floor
710 S.W. Madison Street
Portland, Oregon  97205
Telephone: (503) 227-2024
Facsimile: (503) 224-7299

*Local Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| In re GALENA BIOPHARMA INC. DERIVATIVE LITIGATION | : Case No.: 3:14-cv-00382-SI<br>: LEAD<br>:<br>: 3:14-cv-00514-SI<br>: 3:14-cv-00516-SI<br>: 3:15-cv-01465-SI<br>: |
| This Document Relates To:<br>ALL ACTIONS. | : **DECLARATION OF BRETT D. STECKER**<br>: **IN SUPPORT OF PLAINTIFFS' MOTION**<br>: **FOR FINAL APPROVAL OF PROPOSED**<br>: **SETTLEMENT AND AWARD OF**<br>: **ATTORNEYS' FEES AND**<br>: **REIMBURSEMENT OF EXPENSES** |

I, BRETT D. STECKER, being first duly sworn, state under penalty of perjury that:

1.     I am a partner of The Weiser Law Firm, P.C. (the "Weiser Firm"). The Weiser Firm is Co-Lead Counsel for plaintiffs in the above-captioned shareholder derivative action (the "Action") brought on behalf of Galena Biopharma Inc. ("Galena" or the "Company").  The testimony provided herein is based on my own personal knowledge, information, and belief and, if called upon, I could and would competently testify thereto.

1

2.I submit this Declaration in support of Plaintiffs' Motion for Final Approval of Proposed Settlement.

3.The Weiser Firm acted as counsel for plaintiff Jeffrey Klein ("Klein"), as Co-Lead Counsel for plaintiffs, and actively engaged in the litigation of the Action from its inception, including factual and legal research, in connection with, *inter alia*: (i) the preparation of plaintiff Klein's initial shareholder derivative complaint, (ii) the preparation of the plaintiffs detailed amended complaint and second amended complaints, (iii) oppositions to defendants' two motions to stay; (iv) the preparation of plaintiffs opposition to defendants' two motions to dismiss, (v) preparation for oral argument on defendants' respective motions; (vi) the preparation of plaintiffs' confidential settlement demand, (vii) the preparation of a mediation statement; (viii) the review of thousands of non-public documents produced by Galena; (ix) attendance at a full day mediation; and (x) all relevant aspects of the settlement process.

4.The total number of hours spent on the litigation of the Action by the attorneys of the Weiser Firm is 1,804.50. The total lodestar amount for attorney and paralegal time based on the Weiser Firm's current rates is $856,002.50. The schedule was prepared from contemporaneous, daily time records prepared and maintained by the Weiser Firm. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Robert B. Weiser | P | 274.50 | $715 | $196,267.50 |
| Brett D. Stecker | P | 567.50 | $575 | $326,312.50 |
| Kathleen A. Herkenhoff | O | 47.50 | $600 | $28,500.00 |
| Joseph M. Profy | A | 88.50 | $520 | $46,020.00 |
| James M. Ficaro | A | 362.00 | $350 | $126,700.00 |
| Jeffrey J. Ciarlanto | A | 264.50 | $325 | $85,962.50 |

| David M. Promisloff | A | 78.50 | $320 | $25,120.00 |
|---|---|---|---|---|
| Ross M. Wolfe | A | 28.00 | $220 | $6,160.00 |
| Heidi Liivamagi | PL | 93.50 | $160 | $14,960.00 |
| *Totals* | | **1,804.50** | | **$856,002.50** |

(P) Partner
(O) Of Counsel
(A) Associate
(PL) Paralegal

5. The Weiser Firm also incurred a total of $35,404.27 in unreimbursed expenses in connection with the prosecution of this Action. The expenses incurred pertaining to this Action are reflected in the books and records of the Weiser Firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred. The expenses include:

| **EXPENSE CATEGORY** | **AMOUNT** |
|---|---|
| Mediation Expenses | $16,375.00 |
| Travel/Meals | $4,277.31 |
| Investigation | $6,961.49 |
| Filing/Court Costs | $896.91 |
| Postage/Messenger | $90.58 |
| Online Research | $6,802.98 |
| **Total Expenses** | **$35,404.27** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of March, 2016 at Berwyn, Pennsylvania.



*s/ Brett D. Stecker*
**BRETT D. STECKER**

3

*In re Galena Biopharma Inc. Derivative Litigation*
*Case No. Case No.: 3:14-cv-00382-SI*

**Firm Name: The Weiser Law Firm, P.C.**

Categories:
(1) Factual Investigation         (6) Client / Shareholder Communcations
(2) Discovery                     (7) Litigation Strategy & Analysis
(3) Pleadings                     (8) Settlement Negotiations, Mediation, Stipulation, Briefing
(4) Court Appearances
(5) Motion Practice

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert B. Weiser | P | 32 | 0 | 53.25 | 0 | 82.5 | 0 | 48.75 | 58 | 274.5 | $715 | $ 196,267.50 |
| Brett D. Stecker | P | 28 | 52.5 | 82.5 | 81.25 | 130.75 | 24.5 | 74.25 | 93.75 | 567.5 | $575 | $ 326,312.50 |
| Kathleen A. Herkenhoff | O | 0 | 0 | 25.75 | 0 | 0 | 0 | 21.75 | 0 | 47.5 | $600 | $ 28,500.00 |
| Joseph M. Profy | A | 0 | 0 | 0 | 61.25 | 0 | 0 | 27.25 | 0 | 88.5 | $520 | $ 46,020.00 |
| James M. Ficaro | A | 22.25 | 162.5 | 23.75 | 0 | 39.75 | 0 | 43.25 | 70.5 | 362 | $350 | $ 126,700.00 |
| Jeffrey J. Ciarlanto | A | 62.75 | 0 | 71.5 | 0 | 87.25 | 0 | 43 | 0 | 264.5 | $325 | $ 85,962.50 |
| David M. Promisloff | A | 29.75 | 0 | 36.75 | 0 | 0 | 12 | 0 | 0 | 78.5 | $320 | $ 25,120.00 |
| Ross M. Wolfe | A | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | $220 | $ 6,160.00 |
| Heidi Liivamagi | PL | 0 | 0 | 12 | 0 | 59.5 | 0 | 0 | 22 | 93.5 | $160 | $ 14,960.00 |
| *TOTAL:* | | | | | | | | | | *1,804.50* | | *$ 856,002.50* |

(P) Partner
(O) Of Counsel
(A) Associate
(PL) Paralegal